UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
ANGEL REYES,

          Plaintiff,

         -against-

UNITED STATES OF AMERICA,

         Defendant.
------------------------------X

08 Civ. 5889 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

      Angel Reyes having petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2255, it is ordered that:

    (1) Respondent shall serve and file a response to the petition on or before sixty days, along with all relevant parts of the state court record;

    (2) The Clerk of Court shall serve copies of this Order and the petition by certified mail upon the United States Attorney's Office, Southern District of New York; and

    (3) Petitioner shall have forty-five days from the date on which he is served with respondent's answer to file a response; the petition will be considered fully submitted as of that date.

Dated:   July 28, 2008
           New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                                   U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2008

*Copy mailed to*:

Mr. Angel Reyes
51970-054
CI Cibola County
PO Box 3540
Milan, NM 87021
*Plaintiff <u>Pro</u> <u>Se</u>*